

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00041-CV

**IN THE GUARDIANSHIP OF Leeman G. TISCHLER**, an Incapacitated Person

From the County Court, Guadalupe County, Texas
Trial Court No. 2012-GC-0010
Honorable Linda Z. Jones, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 28, 2018

DISMISSED FOR WANT OF PROSECUTION

A copy of appellant's notice of appeal was filed in this court on January 23, 2018. On that date, the clerk of the court notified appellant in writing that a filing fee for the appeal in the amount of $205 was required to be paid. On February 26, 2018, this court ordered appellant, in part, to provide written proof that either: (1) the $205 filing fee was paid to this court, or (2) the appellant is entitled to appeal without paying the filing fee for the appeal. The order noted that the record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. Appellant was advised that failure to respond within the time provided would result in the appeal being dismissed for failure to pay the filing fee. TEX. R. APP. P. 5, 42.3(b), (c). To date, appellant has not paid the filing fee for the appeal. Accordingly, the appeal

is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Costs of the appeal are taxed against appellant.

PER CURIAM